THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>LARKSPUR ECONO GAS; VECANE SOSSIKIAN; THERESA SOSSIKIAN; VICTESS INC a California Corporation d.b.a. LARKSPUR ECONO GAS<br><br>　　Defendants, | CASE NO. 3:18-cv-05603-~~JCS~~ CRB<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

---
**Stipulation of Dismissal**　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 3:18-CV-05603-JCS**

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 2, 2019         THOMAS E. FRANKOVICH, APLC
                            *A PROFESSIONAL LAW CORPORATION*


                            By:    /s/ Thomas E. Frankovich
                            Thomas E. Frankovich
                            Attorneys for Plaintiff


Dated: July 3, 2019         Fisher & Phillips LLP


                            By:   /s/ Brett Martin
                            Brett Martin
                            Attorneys for Defendants


## [proposed] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated: July 8, 2019 ~~July 2, 2019~~         _____
                                             ~~Honorable Magistrate Judge Joseph C. Spero~~
                                             CHARLES R. BRYER
                                             United States District Judge

---

**Stipulation of Dismissal**                    **CASE NO. 3:18-CV-05603-JCS**